# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SESON DEON TELEO ADAMS,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

UNITED STATES OF AMERICA;
INTERNAL REVENUE SERVICE;
STEVEN MNUCHIN,

(List the full name(s) of the defendant(s)/respondent(s).)

19- CV -4665 ( RA )( )

CIVIL JUDGEMENT

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on May 29, 2019 but did not file a notice of appeal within the required time period because: 18 U.S. Code § 3161 - Time limits and exclusions, 28 U.S.C. § 1367, 28 U.S.C. §§ 1331 and 1343 DENIAL OF DUE PROCESS, DENIAL OF EQUAL PROTECTION, ILLEGAL PROSECUTION, FALSE IMPRISONMENT AND UNLAWFUL DETENTION, ABUSE OF PROCESS, UNCONSTITUTIONAL APPLICATION OF NEW YORK PENAL CODES

OPERATION OF AN UNCONSTITUTIONAL AND ILLEGAL ENTERPRISE IN VIOLATION OF THE RIGHTS OF PLAINTIFFS' CLASS Defendants have illegally agreed and contracted to create and operate a quasi-judicial system in which the town and PSNY are a joint profit-making venture in violation of New York law. The town has conspired and acquiesced in allowing PSNY to choose how much of any payment it elects to keep, with no set rules or regulations governing such in the expression of trust Bill of Complaint in Equity herein attached as exhibit with letters rogatory.   NY Unif Tr Ct Rls 202.1 et seq., 205.1 et seq.;

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

March 08, 2024

Dated:

12 U.S.C. sec 411  *Seson Deon Teleo Adams*

Signature

Adams, Seson Deon Teleo

Name (Last, First, MI)

| 108west 141st Street Apt. 3G | New York, | New York | 10030 |
| mailing C/o 818 Bullock Avenue | Lansdowne | PA | 19050 |

Address / City / State / Zip Code

917-528-6268

Telephone Number

sadams1@sesondeonteleoadams.org

E-mail Address (if available)

---

Application denied. Plaintiff fails to identify any excusable neglect or good cause that has precluded him from filing his appeal in the almost five years since this Court entered judgment. As stated in the Court's Order of Dismissal and Civil Judgment of May 29, 2019, the Court certifies that under 28 U.S.C. § 1915(a)(3), any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Hon. Ronnie Abrams
March 13, 2024