UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SESON DEON TELEO ADAMS,

                  Plaintiff,

         v.

UNITED STATES OF AMERICA, et al.,

                  Defendants.

No. 19-CV-4665 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff filed two motions for reconsideration on the docket of this case, one on February 9, 2026 (Dkt. No. 17) and one on April 24, 2026 (Dkt. No. 18). Both of these motions appear—based on their captions, case numbers, and content—to relate entirely to a different pending case before Judge Engelmayer, *Adams v. City of New York et al.*, 19-CV-4665 (PAE), and not to the case assigned to the undersigned. The motions each concern Plaintiff's dealings with City of New York agencies, which is the subject of case before Judge Engelmayer, while this case, which has long been closed, concerned Plaintiff's tax dealings with the federal government. Indeed, Plaintiff filed these same motions on the docket in the case before Judge Engelmayer. *See Adams v. City of New York et al.*, 19-CV-4665 (PAE), Dkt. Nos. 17 (Feb. 9, 2026 Mot. for Reconsideration), 18 (Apr. 24, 2026, Mot. for Reconsideration). Accordingly, as Plaintiff has already filed his two motions in the correct case, the motions pending in this case are denied, and the Clerk of Court is respectfully directed to terminate the motions pending at Docket Numbers 17 and 18.

SO ORDERED.

Dated:    May 6, 2026
         New York, New York

                             Ronnie Abrams
                             United States District Judge