UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SESON DEON TELEO ADAMS,

Plaintiff,

v.

UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, and STEVEN MNUCHIN,

Defendants.

No. 19-CV-4665 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On May 15, 2026, Plaintiff filed, for the third time, a motion to disqualify the Court pursuant to 28 U.S.C. §§ 144 and 455(a). Dkt. 21. The substance of the instant motion is identical to that of Plaintiff's January 19, 2023 and March 8, 2024 motions for recusal. Accordingly, for the same reasons explained in the Court's Memorandum Order and Opinion of May 15, 2023, Plaintiff's motion to disqualify the Court is denied. The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 21.

Plaintiff is warned that the submission of further frivolous filings in this closed action may result in sanctions and/or an order directing the Clerk of Court not to accept further submissions in this action, with the exception of submissions directed to the Court of Appeals. *See* 28 U.S.C. § 1651; *Moates v. Barkley*, 147 F.3d 207, 208 (2d Cir. 1998) (per curiam).

SO ORDERED.

Dated: October 7, 2026
New York, New York

Ronnie Abrams
United States District Judge